UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| GREG MONTGOMERY ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 3:05CV452-S |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, a corporation ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW the Plaintiff, Greg Montgomery, and brings his Complaint for damages against Defendant, Norfolk Southern Railway Company, a corporation, and for his Complaint states the following:

### I.

### PARTIES AND JURISDICTION

1. The Plaintiff is a resident of the state of Kentucky and was a resident of the State of Kentucky at all material times referred to herein.

2. The Defendant, Norfolk Southern Railway Company, is a Virginia corporation that does substantial business in Louisville, Kentucky and has done business in Louisville, Kentucky at all times referred to herein.

3. The Defendant, Norfolk Southern Railway Company, is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire. At all times referred to herein, the Plaintiff was an employee of the Defendant and was working within the line and scope of his employment for the Defendant and at all times referred to herein the Plaintiff's

duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

4. The Plaintiff's action against the Defendant is brought pursuant to the provisions of the Federal Employer's Liability Act, 45 U.S.C. §51, *et seq*. This Court has jurisdiction pursuant to 28 U.S.C. §1331, in that this is an action arising under the laws of the United States.

5. The events forming the basis of this lawsuit occurred in Louisville, Kentucky located in Jefferson County, Kentucky.

## II.

## FACTS

6. On or about August 16, 2002, Plaintiff was employed as a utility man for the Defendant in Louisville, Kentucky. His job required him to assist with the switching of railroad cars from the field track at Appliance park to Whitner yard. During the early morning hours of August 16th, Plaintiff's job required him to traverse a dangerous walkway to determine whether a switch was properly aligned. Due to the defective condition of the walkway and the inadequate lighting in the area, Plaintiff was caused to stumble and fall forward. He sustained a severe and permanent laceration to his right forearm that has resulted in permanent neurological damage.

## III.

## FIRST CAUSE OF ACTION

7. The Plaintiff avers that his on-the-job injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Norfolk Southern Railway Company, or its agents, servants or employees while acting within the line and scope of their employment for said Defendant or by reason of a defect or insufficiency due to the Defendant's negligence in its work practices,

operating practices, safety practices, maintenance practices, inspection practices, repair practices, walkways, and ballast at the time and place where Plaintiff suffered his injuries.

## IV.

## SECOND CAUSE OF ACTION

8. Plaintiff further avers that all of his injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant, Norfolk Southern Railway Company, a corporation, to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## V.

## DAMAGES

9. The Plaintiff avers that as a result, in whole or in part, of the Defendants' negligence and wantonness the Plaintiff has suffered and seeks to recover for the following special injuries and damages:

    (a)    Past lost wages and benefits;

    (b)    Past and future medical expenses;

    (d)    Past and future physical pain and mental anguish; and

    (e)    Permanent physical disability and disfigurement;

10. The Plaintiff seeks to recover a sum that will fairly and fully compensate him for his damages. Because of the severity of his injuries, the Plaintiff expects such fair compensation to be in excess of Fifty Thousand and 00/100 ($50,000.00) Dollars.

## VI.

## JURY DEMAND

11. Plaintiff requests a trial by struck jury.

*/s/ Christopher A. Keith*
Christopher A. Keith
WETTERMARK HOLLAND & KEITH LLC
2101 Highland Avenue South
Suite 750
Birmingham, AL 35205
Phone: (205) 933-9500

**SERVE DEFENDANT AT:**
Norfolk Southern Railway Company
%W.T. & C Corporate Services, Inc.
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898