UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
05 DEC 19 PM 2: 11

| | |
|---|---|
| GREG MONTOMERY | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 3:05CV452-S |
| vs. | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation | ) |
| Defendant. | ) |

### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Greg Montgomery, through his counsel of record and voluntarily dismisses his case with prejudice. A compromise of the case has been reached between the parties.

Respectfully Submitted,

_____
Christopher A. Keith
WETTERMARK HOLLAND & KEITH LLC
2101 Highland Avenue South
Suite 750
Birmingham, AL 35205
Phone: (205) 933-9500